UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL LEWIS,<br><br>           Petitioner,<br><br>      v.<br><br>JAMES A. YATES, Warden,<br><br>           Respondent. | NO. CV 08-4067-JVS(CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

 Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation.

 Among other arguments in his objections, petitioner attempts to assert what appears to be a new fact in support of his ineffective assistance of counsel ground for relief.  Specifically, petitioner appears to fault his counsel for failing to present evidence that a police officer framed petitioner.

 As the court has previously warned petitioner, he cannot raise new grounds for relief or assert new facts in support of his existing

1  grounds for relief in his objections to the magistrate judge's report
2  and recommendation.  Moreover, even if the court was inclined to
3  entertain petitioner's new fact in support of his ground for relief,
4  there is no merit to petitioner's assertions.  Indeed, petitioner
5  refers to exhibits purportedly showing the officer's attempt to frame
6  petitioner, but those exhibits, which consist of police reports, show
7  no such thing.  Regardless, petitioner has cited no basis upon which
8  the police reports would have been admissible at trial.

9  Accordingly, the court concurs with and adopts the findings,
10 conclusions, and recommendations of the magistrate judge.

11 IT IS ORDERED that judgment be entered denying the petition for
12 writ of habeas corpus and dismissing this action with prejudice.

15 DATED: February 26, 2009

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE