UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL LEWIS,<br><br>           Petitioner,<br><br>      v.<br><br>JAMES A. YATES, Warden,<br><br>           Respondent. | NO. CV 08-4067-JVS(CT)<br><br>**J U D G M E N T** |

   In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:  February 26, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE